IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02580-JLK

PATIENCE E. WILLIAMS,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Virginia L. Card Smith, Esq. | Jessica Milano |
| 1763 Franklin Street | Special Assistant United States Attorney |
| Denver, CO 80218-1124 | Assistant Regional Counsel |
| (303) 394-9945 | Office of the General Counsel |
| (303) 832-6947 (fax) | Social Security Administration |
| vsmith3470@aol.com | 1001 17th Street |
|  | Denver, CO 80202 |
|  | (303) 844-7136 |
|  | (303) 844-0770 (fax) |
|  | jessica.milano@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     Date Complaint Was Filed:   **September 30, 2011**

      B.     Date Complaint was Served on U.S. Attorney's Office:   **October 13, 2011**

      C.     Date Answer and Administrative Record Were Filed:   **December 12, 2010**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.     Plaintiff's Opening Brief:   **February 13, 2012**

      B.     Response Brief due:   **March 14, 2012**

      C.     Reply Brief due:   **March 29, 2012**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: **Plaintiff requests oral argument.**

   B. Defendant's Statement: **Defendant does not request oral argument.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. ( **X** ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 4th day of January, 2012

                                         BY THE COURT:

                                         *s/John L. Kane*
                                         U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*  <br>Virginia L. Card Smith, #13702<br>1763 Franklin Street<br>Denver, CO 80218-1124<br>(303) 394-9945<br>(303) 832-6947 (fax)<br>vsmith3470@aol.com<br><br>Attorney for Plaintiff<br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Jessica Milano*  <br>Jessica Milano<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov<br><br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 3, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

Vsmith3470@aol.com
usa-co-civil_ecf@usdoj.gov
Doreen.lee@ssa.gov

              *s/Jessica Milano*
              Office of the General Counsel
              Social Security Administration