IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02580-JLK

PATIENCE E. WILLIAMS,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

Virginia L. Card Smith, Esq.
1763 Franklin Street
Denver, CO 80218-1124
(303) 394-9945
(303) 832-6947 (fax)
vsmith3470@aol.com

<u>For Defendant:</u>

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application.  The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed:   **September 30, 2011**

      B.      Date Complaint was Served on U.S. Attorney's Office:   **October 13, 2011**

      C.      Date Answer and Administrative Record Were Filed:   **December 12, 2010**


**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.


**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.


**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.


**8.      BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

      A.      Plaintiff's Opening Brief:   **February 13, 2012**

      B.      Response Brief due:   **March 14, 2012**

      C.      Reply Brief due:   **March 29, 2012**

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:  **Plaintiff requests oral argument.**

    B.     Defendant's Statement:  **Defendant does not request oral argument.**

**10.**   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( **X** )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**   **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

    DATED this 4th day of January, 2012

                            BY THE COURT:

                            ***s/John L. Kane*** _____
                            U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Jessica Milano for* _____

Virginia L. Card Smith, #13702
1763 Franklin Street
Denver, CO 80218-1124
(303) 394-9945
(303) 832-6947 (fax)
vsmith3470@aol.com

Attorney for Plaintiff

(SIGNED PER ELECTRONIC
AUTHORIZATION)

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Jessica Milano* _____

Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

Vsmith3470@aol.com
usa-co-civil_ecf@usdoj.gov
Doreen.lee@ssa.gov


*s/Jessica Milano*_____
Office of the General Counsel
Social Security Administration

5